```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

TIMOTHY JOHNSTON,                       )
                                        )
        Plaintiff,                      )
                                        )
    vs.                                 )    No. 4:04-CV-1075-CAS
                                        )
LARRY CRAWFORD,                         )
DONALD P. ROPER,                        )
JAMES PURKETT, and                      )
UNKNOWN EXECUTIONERS,                   )
                                        )
        Defendants.                     )

### ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for continuance and postponement of summary judgment decision to permit adequate discovery [Doc. #72] is denied.

**IT IS FURTHER ORDERED** that defendants' motion to file under seal [Doc. #71] is granted, and defendants are granted leave to submit defendant Crawford's original and supplemental interrogatory answers under seal.

Dated this 23rd day of August, 2005.

                                        _____
                                        UNITED STATES DISTRICT JUDGE