UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY JOHNSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04-CV-1075 CAS |
| ) | |
| LARRY CRAWFORD, ) | |
| DONALD P. ROPER, ) | |
| JAMES PURKETT, and ) | |
| UNKNOWN EXECUTIONERS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the memorandum and order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendants and against plaintiff on all claims asserted in plaintiff's complaint.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  26th  day of August, 2005.